STEPHENS v. UNION SAV. BANK & TRUST CO. OF CINCINNATI et al.

In re SANDUSKY AUTO PARTS & MOTOR TRUCK CO.

(Circuit Court of Appeals, Sixth Circuit. April 8, 1918.)

No. 3101.

In Error to the District Court of the United States for the Western Division of the Northern District of Ohio; John M. Killits, Judge.

In the matter of the bankruptcy of the Sandusky Auto Parts & Motor Truck Company. On intervening petition of the Union Savings Bank & Trust Company of Cincinnati and others, the validity of a deed of trust was sustained, and Edward S. Stephens, trustee in bankruptcy, brings error. Writ dismissed.

J. F. Hertlein, of Sandusky, Ohio, for plaintiff in error.

King & Ramsey, of Sandusky, Ohio, C. A. Neff and White, Johnson, Cannon & Neff, all of Cleveland Ohio, and Healy, Ferris & McAvoy, of Cincinnati, Ohio, for defendants in error.

Before KNAPPEN, MACK, and DENISON, Circuit Judges.

MACK, Circuit Judge. The merits of the controversy sought to be raised by the writ of error have been this day decided in case No. 3102 (250 Fed. 192,

—— C. C. A. ——) on appeal. As the sole question involved is the validity of the lien of a trust deed on property of the bankrupt, for the reasons stated in case No. 3091 (250 Fed. 191, —— C. C. A. ——), this day decided, the writ of error must be dismissed.